UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**CHRISTINE THERIOT**                           **CIVIL ACTION**

**VERSUS**                                          **NO. 13-0453-SM-SS**

**CAROLYN W. COLVIN, ACTING**
**COMMISSIONER OF THE SOCIAL**
**SECURITY ADMINISTRATION**

## **O R D E R**

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date the parties have filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

IT IS ORDERED that: (1) the cross-motion of the defendant, Carolyn W. Colvin, Acting Commissioner of Social Security Administration, for summary judgment (Rec. doc. 31) is GRANTED; and (2) the motions of the plaintiff, Christine Theriot, for summary judgment (Rec. docs 5 and 29) are DENIED.

New Orleans, Louisiana, this 14th day of November, 2014.

                                                     _____
                                                     UNITED STATES DISTRICT JUDGE